NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VENTURA JIMENEZ, JR.,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2017-2371

---

Petition for review of the Merit Systems Protection Board in No. DE-4324-15-0417-I-1.

---

**JUDGMENT**

---

KEVIN EDWARD BYRNES, FH+H, PLLC, Tysons, VA, argued for petitioner.

JOSHUA A. MANDLEBAUM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CLAUDIA BURKE, ROBERT EDWARD KIRSCHMAN, JR., JOSEPH H. HUNT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, MAYER, and LINN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>March 11, 2019</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>